# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FINANCIAL RESOURCES FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>ALLOYA CORPORATE FEDERAL CREDIT UNION, DIEBOLD NIXDORF AND DIEBOLD INCORPORATED, J.P. MORGAN CHASE BANK, LOOMIS ARMORED, INC., BRINKS COMPANY, DUNBAR ARMORED, ABC CORPS. #1-5,<br><br>Defendants. | Civil Action No.: 20-cv-06180-FLW-DEA<br><br>**NOTICE OF MOTION** |

To:   Daniel R. Bevere, Esq.
      Todd M. Galante, Esq.
      Piro, Zinna, Cifelli, Paris & Genitempo, LLC
      360 Passaic Avenue
      Nutley, NJ 07110
      *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that defendants The Brink's Company, incorrectly sued as "Brinks Company" ("Brink's"), and Brink's, Incorporated, as successor in interest to Dunbar Armored, Inc., incorrectly sued as "Dunbar Armored" ("Dunbar" and, collectively with Brink's, the "Brink's Defendants"), will move before the Hon. Freda L. Wolfson, U.S.C.D.J., at a time and date to be set by the Court, for an Order granting the Brink's Defendants' Motion to Dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, the Brink's Defendants shall rely on the Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

Dated: Princeton, New Jersey
       July 27, 2020

                              */s/ Joseph N. Froehlich*
                              Joseph N. Froehlich, Esq.
                              Andrew Braunstein, Esq.
                              LOCKE LORD LLP
                              Forrestal Village
                              116 Village Boulevard
                              Suite 200 – Office 30
                              Princeton, NJ 08540
                              (212) 415-8600
                              jfroehlich@lockelord.com
                              andrew.braunstein@lockelord.com
                              *Attorneys for Defendants The Brink's Company*
                              *and Brink's, Incorporated, as successor in*
                              *interest to Dunbar Armored, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 27, 2020, I caused the attached Notice of Motion, Memorandum of Law in support thereof, and proposed Order, to be served on all parties entitled to notice by filing with the Clerk of the Court using the Court's CM/ECF system.

*/s/ Joseph N. Froehlich*
Joseph N. Froehlich, Esq.